UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JERMAINE MICHAEL DEAN, | Case No.: 24-cv-00413-RSH-JLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR LEAVE TO DEPOSE PLAINTIFF** |
| DR. R.Y. ZHANG, et al., | |
| Defendants. | [ECF No. 23] |

Before the Court is an *ex parte* motion filed by Defendant R.Y. Zhang, M.D. ("Defendant") for leave to depose Plaintiff Jermaine Michael Dean ("Plaintiff") pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). (ECF No. 23.) Defendant seeks leave to depose Plaintiff, an inmate currently in the custody of the California Department of Corrections and Rehabilitation, housed at Richard J. Donovan Correctional Facility in San Diego, California, so that Defendant may continue to investigate Plaintiff's claims. (*Id.*)

Good cause appearing, the *ex parte* motion is **GRANTED**. Defendant may depose Plaintiff in accordance with the Federal Rules of Civil Procedure and the correctional institution's rules and regulations. Defendant must schedule the deposition upon

reasonable notice to Plaintiff. The deposition must occur no later than the fact discovery deadline of **January 27, 2025**. (ECF No. 20.)

**IT IS SO ORDERED.**

Dated: January 2, 2025

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge